United States District Court

Eastern District of Louisiana

Lund

v.                                          CIVIL ACTION NO. 2:00-cv-00167
                                                                      D(5)
Wal-Mart Stores Inc


    The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

    Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by those parties in state court; and

    (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 19, 2000.

                              By Direction of the Court

                              LORETTA G. WHYTE, CLERK



## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MYRA LUND | * | CIVIL ACTION **00-0167** |
| VERSUS | * | SECTION |
| WAL-MART STORES, INC., SUN TYME CASUAL LIVING PRODUCTS and FOREMOST INTERNATIONAL TRADING, INC. | * * * | MAGISTRATE **SECT. D MAG. 5** |

\* \* \* \* \* \* \* \*

### JOINT NOTICE FOR REMOVAL

TO:   The Honorable Judges
of the United States District Court
for the Eastern District of Louisiana

Wal-Mart Stores, Inc. and Foremost International Trading, Inc. jointly submit this Joint Notice for Removal of the above-styled matter, and as cause therefore show as follows:

1.

On the 17th day of August, 1999, Wal-Mart Stores, Inc. was served with the attached Petition in an action commenced in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, entitled "Myra Lund v. Wal-Mart Stores, Inc.", bearing cause number 88351 "C". A copy of the Petition is annexed hereto as Exhibit "A".



2.

Foremost International Trading, Inc. was served with the attached petition on or about August 15, 1999.

3.

Plaintiff, Myra Lund, is a person of the full age of majority, domiciled in the Parish of St. Bernard, State of Louisiana.

4.

Defendant, Wal-Mart Stores, Inc. is a foreign corporation organized under the laws of the State of Arkansas, with its principal place of business in Bentonville, Arkansas.

5.

Upon information and belief, defendant, Sun Tyme Casual Living Products is a foreign corporation which has not been served, nor has service been requested upon it. Its exact whereabouts or place of incorporation are unknown.

6.

Defendant, Foremost International Trading, Inc. is a foreign corporation organized under the laws of the State of New Jersey, with its principal place of business in New Jersey.

7.

Plaintiff has alleged injuries and damages that, if true, which defendants vehemently deny, place an amount in controversy which exceeds the sum or value of $75,000, exclusive of interest and costs. In response to discovery requests, plaintiff has produced medical records which reflect that she has MRI evidence of a central disc bulge at the L4-L5 level with radicular symptoms. She has undergone two epidural steroid injections which have produced no relief in her symptoms.

8.

Wal-Mart Stores, Inc. provided plaintiff with a Request for Admissions, in which plaintiff denies that her damages are less than $75,000. Plaintiff's Response to Request for Admissions is attached hereto as Exhibit "B". Plaintiff further stated in her answers to Interrogatories that the amount in controversy is in excess of $50,000. Plaintiff's Answers to Interrogatories are attached hereto as Exhibit "C".

9.

The above-described action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1332, in that complete diversity exists between the plaintiff and the defendants and the amount in controversy herein exceeds the sum of $75,000, exclusive of interests and costs.

WHEREFORE, defendants, Wal-Mart Stores, Inc. and Foremost International Trading, Inc., pray that the above action now pending in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, be removed therefrom to this Court.

Respectfully submitted,

_____
THOMAS P. ANZELMO, T.A., La. Bar No. 2533
ISIDRO RENÉ DEROJAS, La. Bar No. 18182
CAMPBELL, MCCRANIE, SISTRUNK,
    ANZELMO & HARDY
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA  70002
Telephone:  (504) 831-0946

ATTORNEY FOR WAL-MART STORES, INC.

_____
SEAN CASEY, T.A., La. Bar No. 23447
LAW OFFICES OF ERNY & GRACIA
3900 N. Causeway Blvd., Suite 1040
Metairie, LA 70002
Post Office Box 60022
New Orleans, LA 70160-0022
Telephone: (504) 837-6687
ATTORNEY FOR FOREMOST INTERNATIONAL TRADING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed, this 18th day of JANUARY, 2000.

_____