

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MYRA LUND | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0167 |
| WAL-MART STORES, INC., ET AL | * | SECTION: "D"(5) |

## J U D G M E N T

For reasons set forth in this court's Minute Entry of March 8, 2000 granting the Plaintiff's Motion to Remand,

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be and is hereby **REMANDED** to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

New Orleans, Louisiana, this 8th day of March, 2000.

_____
A. J. McNAMARA
**CHIEF JUDGE**

MAR 8 2000
DATE OF ENTRY _____